AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>BRANDON RUSSELL<br><br>Defendant | ) ) ) ) ) ) ) Case No. 8:17-mj-1362 TBM |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRANDON RUSSELL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

possession of unregistered destructive device, 26 U.S.C. § 5861(d)
unlawful storage of explosive material, 18 U.S.C. § 842(j)

Date: 5-20-17

*Issuing officer's signature*

City and state:  Tampa, Fl.

THOMAS B. MCCOUN III, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5-20-17, and the person was arrested on *(date)* 5-21-17
at *(city and state)* HOMESTEAD, FL MONROE COUNTY

Date: 5-21-17

*Arresting officer's signature*

TIMOTHY A SWANSON SPECIAL AGENT FBI
*Printed name and title*