UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| **CASE NO.:** 8:17-mj-1362-TBM | **DATE:** June 1, 2017 |
|---|---|
| **HONORABLE THOMAS B. McCOUN III** | **INTERPRETER:** N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON RUSSELL | **LANGUAGE:** |
| | **GOVERNMENT COUNSEL**<br>Josephine Thomas, AUSA |
| | **DEFENSE COUNSEL**<br>Ian Goldstein, Limited |
| **COURT REPORTER:** DIGITAL | **DEPUTY CLERK:** Lisa Bingham |
| **TIME:** 2:02 p.m. - 2:10 p.m.   **TOTAL:** 8 min. | **COURTROOM:** 12B |

**PROCEEDINGS:   TELEPHONE STATUS CONFERENCE**

Defense counsel has filed a motion for bond / detention hearing (Doc. 8).

The Court advises counsel that the USMS is in the process of transporting the Defendant back to the district and has giving the latest date of Wednesday, June 7, 2017, as to his arrival. Defense counsel advises he is available on Thursday for a hearing on the matter. Ms. Thomas advises that she is available on Friday, but can have another AUSA handle the hearing if necessary.

The Court sets the matter for 2:00 p.m. on Thursday, June 8, 2017.