UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                              CASE NO. 8:17-CR-283-T-24JSS

BRANDON CLINT RUSSELL

**UNITED STATES' MOTION FOR AN ORDER REVOKING DEFENDANT'S RELEASE AND TO STAY ORDER OF RELEASE**

The United States respectfully moves this Court, pursuant to 18 U.S.C. § 3145(a)(1), to review the order granting the release of the defendant, Brandon Clint Russell (Doc. 18), revoke that order, and detain Russell pending trial. The United States submits that under 18 U.S.C. § 3142(e), Russell's release poses both a danger to others and to the community, and no combination of conditions will reasonably assure that he will appear before this Court as directed and the safety of any other person and the community.

The United States requests that this Court stay the United States Magistrate Judge's Order of release to the extent necessary to permit the parties to brief the matter and enable the Court to examine the record of the proceedings. The United States respectfully requests a stay of Russell's release for 72 hours so that the United States can file a detailed Motion for Review and Revocation of the pre-trial release order, setting forth the basis for the

request for detention. If granted, counsel for the United States will file its detailed Motion by close of business on June 12, 2017.

No condition or combination of conditions can be set to secure the safety of the community and Russell's future appearance.   Wherefore, the United States respectfully requests that this Court revoke the order granting release (Doc. 18) and temporarily stay the order of release pending the Court's consideration of this motion and further briefing from the parties.

        Respectfully submitted,

        W. STEPHEN MULDROW
        Acting United States Attorney

By:   */s/ Josephine W. Thomas*
       JOSEPHINE W. THOMAS
       Assistant United States Attorney
       Florida Bar No. 31435
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:  (813) 274-6000
       Facsimile:  (813) 274-6358
       E-mail:    josie.thomas@usdoj.gov

U.S. v. Brandon Clint Russell                Case No. 8:17-cr-283-T-24JSS

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Ian Goldstein, Esq.

                                */s/ Josephine W. Thomas*
                                JOSEPHINE W. THOMAS
                                Assistant United States Attorney
                                Florida Bar No. 31435
                                400 N. Tampa Street, Suite 3200
                                Tampa, Florida 33602-4798
                                Telephone:   (813) 274-6000
                                Facsimile:    (813) 274-6358
                                E-mail:        josie.thomas@usdoj.gov