UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              CASE NO. 8:17-CR-283-T-24JSS

vs.

BRANDON RUSSELL,

        Defendant.

_____/

## RESPONSE TO GOVERNMENT'S REQUEST FOR STAY AND REQUEST FOR RELEASE ON CONDITIONS

COMES NOW the the Defendant, BRANDON RUSSELL, by and through his undersigned counsel, who would herey respond to the Government's motion for revocation and request for stay [D.E. 19] as follows:

1. On May 20, 2017, the Honorable Thomas B. McCoun, III signed an arrest warrant on a criminal complaint filed by the Government that same day. The defendant was arrested the following day, May 21st, in the Southern District of Florida.

2. On May 22nd, defendant appeared with counsel in the Southern District, waived a removal and identity hearing, and requested that he be transported to the Middle District to face charges.

3. More than a week later, on May 31st, undersigned counsel filed a motion to set bond/detention hearing [D.E. 8] and requested that he be transported to the Middle District for bond and detention hearings. At that time, counsel had been advised that the U.S. Marshals did not intend to transport Mr. Russell back to the juristiction until June 20, 2017. This was relayed to the Court via defendant's motion, and the Court thereafter took action to have Mr. Russell

1

promptly returned to the jurisdiction for a bail hearing.

4. The Court thereafter set and conducted a thorough bond and pretrial detention hearing in open court on June 8th, where the Government had the full opportunity to proffer any and all evidence they had in their possession which would support that the defendant poses a risk of flight or a danger to the community. At that hearing, the Government argued vigorously, both in its initial argument as well as on reuttal, that the defendant should be detained. As the court is well familiar with said Order, counsel will not get into the details of the court's reasoning. However, after a full and complete detention hearing, which occurred eighteen (18) days after his arrest, the Court found that the defendant did not meet the criteria for pretrial detention, as either a risk of flight nor a danger to the community, and ordered his release pending trial upon conditions to be issued by separate Order.

5. As of the date of the filing of the instant motion, defendant has been in Government custody for 21 days.

WHEREFORE, based upon the foregoing, the defendant opposes the Government's request for a stay, and respectfully requests that same be **denied**.

Defendant further respectfully requests that he be released upon the bond and home confinement conditions discussed on the record during the detention and bond hearing without further delay.

### CERTIFICATE OF SERVICE AND FILING

I HEREBY CERTIFY that the foregoing has been electronically filed and served on all parties via CM/ECF on the 11th day of June, 2017.

>GOLDSTEIN & JETTE, P.A.
>Attorneys for Defendant Brandon Russell
>500 South Australian Avenue, Ste. 720
>West Palm Beach, Florida 33401

Tel: (561) 659-0202
Email: ijg@goldsteinjette.com

*/s/ Ian J. Goldstein*
IAN J. GOLDSTEIN
Fla. Bar. No. 0085219